FILED
CLERK, U.S. DISTRICT COURT

APR 2 6 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DARRYL BERNARD WATTS,                    ) Case No.  CV 15-07294-MWF (DTB)
              Petitioner,                )
        vs.                              ) **J U D G M E N T**
W. L. MONTGOMERY,                        )
              Respondent.                )
                                         )
                                         )
                                         )
                                         )
                                         )
                                         )
                                         )
                                         )
_____ )

Pursuant to the Order Granting Respondent's Motion to Vacate Order Requiring Response and Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction; Referring the Petition to the Ninth Circuit Court of Appeals Pursuant to Ninth Circuit Rule 22-3(A); and Denying Certificate of Appealability,

/ / /

/ / /

/ / /

/ / /

1

1    IT IS ADJUDGED that this action is dismissed without prejudice for lack of
2    subject matter jurisdiction pursuant to Rule 4 of the Rules Governing Section 2254
3    Cases in the United States District Courts.

4

5    Dated:   April 26, 2016

6

7                                                    MICHAEL W. FITZGERALD
8                                                    UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28