**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARRYL BERNARD WATTS,<br><br>        Petitioner,<br><br>  v.<br><br>W.L. MONTGOMERY, Warden,<br><br>        Respondent. | Case No. CV 15-7294 MWF (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: May 10, 2018

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE